UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

    CHRISTINA BRADDY,

            Debtor,
_____/

Case No. 10-66998
Chapter 7
Hon. Walter Shapero

    FLOYD GILL, JR.,

            Plaintiff,

v.                                                             Adversary No. 10-07372

    CHRISTINA BRADDY,

            Defendant.
_____/

## ORDER FINDING ALLEGED DEBT DISCHARGEABLE AND DENYING OTHER RELIEF

For the reasons set forth in the Court's Opinion on May 18, 2012, **IT IS HEREBY ORDERED** that (1) Plaintiff's alleged debt is dischargeable; and (2) all other relief sought by Plaintiff is denied.

**Signed on May 18, 2012**

                                                            /s/ Walter Shapero
                                                            Walter Shapero
                                                            United States Bankruptcy Judge